# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 9, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154097

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

              SC: 154097
              COA: 331902
              Oakland CC: 2011-236623-FH

ANTHONY JAMES AGRO,
   Defendant-Appellant.
_____/

   On order of the Court, the application for leave to appeal the April 27, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 9, 2017

s0606



          Clerk